IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
#650936                                                                                                    PLAINTIFF

v.                                          4:24-cv-00753-JM-JJV

BAKER, Lieutenant,
Dub Brassell Detention Center, *et al.*                                                    DEFENDANTS

## ORDER

Carlos Ray Frazier ("Plaintiff") filed this *pro se* action seeking relief under 42 U.S.C. § 1983 while he was in the Brassell Detention Center ("BDC"). (Doc. 2). In October 2024, I granted him permission to proceed *in forma pauperis*, advised him of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, and cautioned him this case could be dismissed if he failed to properly do so. (Doc. 7.) On December 10, 2024, mail sent by the Court to Plaintiff at the BDC, which is his last known address, was returned undelivered because Plaintiff is no longer in that facility. (Doc. 13.) This case cannot continue if the Court and Defendants have no way to contact Plaintiff. (*Id*.) And, if Plaintiff has been released from custody, he may no longer be entitled to proceed *in forma pauperis*.

IT IS, THEREFORE, ORDERED THAT:

1. The Clerk shall mail Plaintiff an *In Forma Pauperis* Application for individuals who are not in custody.

2. If Plaintiff wishes to continue with this lawsuit, he must provide the Clerk with his current mailing address and, if he is no longer in custody, file a properly completed *In Forma Pauperis* Application. If Plaintiff does not do so **within thirty (30) days of the date of this Order**, I will recommend this case be dismissed without prejudice.

1

DATED this 10th day of December 2024.

                                                      JOE J. VOLPE
                                                      UNITED STATES MAGISTRATE JUDGE