# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CARLOS RAY FRAZIER  
#650936          PLAINTIFF

v.          4:24-cv-00753-JM-JJV

BAKER, Lieutenant,  
Dub Brassell Detention Center, *et al.*          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. No. 11.) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his failure to protect claim against Defendants Woods, Allen, Ellis, and Doe. All other claims and Defendants are DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of January, 2025.

                         _____  
                         UNITED STATES DISTRICT JUDGE