IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
#650936                                                                                              PLAINTIFF

v.                                          4:24-cv-00753-JM-JJV

BAKER, Lieutenant,
Dub Brassell Detention Center, *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 28). No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Doe Defendants are dismissed without prejudice from this lawsuit due to a lack of service. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE