# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CARLOS RAY FRAZIER
ADC #650936                                                                                               PLAINTIFF

v.                                              4:24-cv-00753-JM

BAKER, Lieutenant,
Dub Brassell Detention Center, *et al.*                                                    DEFENDANTS

## ORDER

Early in this case, the Court advised Plaintiff of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk and warned him that his case could be dismissed without prejudice if he failed to do so. (Doc. 7.) On May 12, 2025, mail sent to Plaintiff at the Ester Unit of the Arkansas Division of Correction was returned undelivered because Plaintiff was paroled without updating his address. (Doc. 37.) On the same day, the Court entered an Order giving Plaintiff thirty days to update his mailing address and cautioning him that the case would be closed if he did not timely do so. (Doc. 38.) Plaintiff has not complied with that Order, and the time to do so has passed.

IT IS, THEREFORE, ORDERED that the Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of prosecution. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of June 2025.

_____
UNITED STATES DISTRICT JUDGE