**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

CARLOS RAY FRAZIER
ADC #650936                                                                                    PLAINTIFF

v.                                          4:24-cv-00753-JM

BAKER, Lieutenant,
Dub Brassell Detention Center, *et al.*                                         DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously (Docs. 19, 30), Plaintiff's claims

are DISMISSED without prejudice, and this case is CLOSED.  It is certified that an *in forma*

*pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 20th day of June 2025.

_____
UNITED STATES DISTRICT JUDGE